```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

**STACEY L. CARNA,**

     Plaintiff,

  vs.                               Civil Action 2:12-CV-74
                                    Judge Graham
                                    Magistrate Judge King

**TEAYS VALLEY LOCAL SCHOOL DISTRICT,**

     Defendant.

<u>**ORDER**</u>

    This case has reported as settled. At the request of the parties, the status conference scheduled for May 17, 2013 at 10:00 a.m. is **VACATED** and rescheduled for June 7, 2013 at 10:00 a.m., unless the dismissal entry is received prior to that date.

    If the case remains pending on that date, but no party appears for the conference, the Court will assume that the case is subject to dismissal and will order the case dismissed with prejudice.

<u>May 14, 2013</u>                              <u>*s/Norah McCann King*</u>
                                                Norah M<sup>c</sup>Cann King
                                      United States Magistrate Judge